# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

July 29, 2020

*[handwritten: HelloFresh's time to answer a move is extended to November 13, 2020 September 8 conference is adjourned to Dec. 2, 2020 at 11:30 a.m. Action is stayed until October 9. SO ORDERED [signature] USDJ 7-29-20]*

Bradley M. Rank
212.653.8712 direct
brank@sheppardmullin.com

File Number: 70LD-306386

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
Courtroom 11D
500 Pearl Street
New York, New York 10007

Re:   Tippett et al. v. Grocery Delivery E-Services USA Inc. d/b/a HelloFresh, Case No. 1:20-cv-05271-PKC
      JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Dear Judge Castel:

In accordance with Your Honor's Individual Practices, counsel for defendant Grocery Delivery E-Services USA Inc. d/b/a HelloFresh ("HelloFresh") and counsel for Plaintiffs Jeanne Tippett and Stephen Bauer (collectively, "Plaintiffs") jointly request a stay of this matter pending mediation. HelloFresh's response to Plaintiffs' complaint is currently due on September 11, 2020, and an initial pretrial conference is currently scheduled for September 8, 2020 before Your Honor.

In particular, in an effort to resolve this and two other pending putative class actions for alleged violation of the Telephone Consumer Protection Act ("TCPA") brought against HelloFresh, Plaintiffs and HelloFresh have agreed to mediate their disputes before the Hon. George H. King (Ret.) at JAMS on October 7, 2020. The parties have agreed to stay this litigation in order to allow the parties to mediate their dispute and avoid unnecessary expense or distractions pending mediation.

Accordingly, the parties have stipulated, and respectfully request that Your Honor enter an Order, as follows:

1. All proceedings, including but not limited to HelloFresh's deadline to respond to the complaint and all other deadlines, be stayed until October 9, 2020.

2. If the parties are unable to resolve this action at mediation, the parties request that HelloFresh's deadline to respond to the complaint shall be November 13, 2020.

3. The initial pretrial conference shall be adjourned to November 20, 2020 or a subsequent date that is convenient for the Court.

4. This joint letter motion shall not affect HelloFresh's right to make any motions in response to the complaint, including but not limited to a motion to compel arbitration.

# SheppardMullin

Hon.
July 29, 2020
Page 2

We appreciate Your Honor's consideration of this request, and thank the Court for its time and attention to this matter.


Respectfully submitted,

*/s/ Bradley M. Rank*

Bradley M. Rank
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


SMRH:4827-0039-8021.1

cc: All Counsel of record (via ECF)